(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

Jacque Lovette

Case No. 1:20 CV 635

LDLOT

M.J. BOWMAN

**vs.**

**Defendants(s)**

Mt. Healthy Zoning Commissions
Gordon Wong
Bill Knight

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?**  Yes____  No **X**
   A.  If you answered "Yes":
     (1) What is the name and address of your employer

_____
_____
_____

     (2) How much do you earn per month?

_____

   B.  If you answered "No"
     (1) Have you ever been employed?  Yes **X**  No____
     If yes, what was the last year and month you were
     employed? __**Aug. 2019**__
     How much did you earn a month?__**$16/hour**__  __**-$2000/month**__

**II. What is your marital status?**
   Single____  Married **X**  Widowed_____  Divorced_____
   A.  If you answered "Married":
     (1) Is your spouse employed?  Yes____  No **X**
     If yes, how much does your spouse earn each month?
     $_____

**III. Do you have any dependents?**  Yes **X**  No____
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| #1 girl Lovette | Daughter | $75 / month |
| #2 girl Lovette | Daughter | $75 / month |
| #3 girl Lovette | Daughter | $75 / month |
| #4 boy Lovette | Son | 75 / month |
| #5 boy Lovette | Son | 75 / month |
| #6 boy Lovette | Son | 75 / month |

**IV.** Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes____  No **X**
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

V. Do you have any cash on hand or money in a savings, checking, or other account?
Yes_____     No_X_

   A. If you answered "Yes", state the combined total amount:
     $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
Yes_____     No_X_

   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Rent | $1200 | | $ |
| Duke | $ 255 | | $ |
| Water | $ 63 | | $ |
| Trash | $ 65 | | $ |

VIII. State your address and telephone number where the Court can reach you.

   1367 Compton Rd.
   Cincinnati OH 45231
   513.238.5445

I declare under penalty of perjury that the above information is true and correct.

8-17-2020
    **Date**               **Signature of Applicant**